# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                Reply to Northern Division Address

April 10, 2003

Re:   Burley v. Mass Transit
      Civil Case No. WDQ 02-3519

Dear Counsel/Parties:

This case has been **reassigned** to the judge noted below. Please note that the letter (s) preceding the case number above represent the initials of the judge to whom the case has been reassigned and who will hereafter handle all aspects of the case. **It is important that you use this case number on all subsequent papers.** Any papers which fail to carry the correct case number may be returned to the sender.

All papers should be filed in the Clerk's Office, Room 4415. Please contact the staff members listed below regarding any problems or questions.

REASSIGNED TO JUDGE:   William D. Quarles, Jr.
DOCKETING CLERK:       Evaleen Gibbons

Sincerely,

Felicia C. Cannon, Clerk

By: _____/s/_____
    Evaleen Gibbons
    Deputy Clerk

cc:   Judges
      Civil/Criminal Report

U.S. District Court (5/2001) - Case reassignment letter

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov